DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY KOVACS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-952

[September 7, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502018CF008108AXXXMB.

Michael Salnick of Law Office of Salnick & Fuchs, Lantana, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***